**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ELIJAH J. WILLIAMS**

**Plaintiff,** :

**v.**

**EQUIFAX INFORMATION SERVICES LLC,** :

**Defendant.**

**Case No. 2:26-cv-966**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## OPINION AND ORDER

In August 2026, Elijah J. Williams initiated this action pro se and sought leave to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) However, Mr. Williams did not file a Complaint that complied with Fed. R. Civ. P. 8(a), nor did he include all required financial information in his IFP application. (*Id.*) The Magistrate Judge notified Mr. Williams of these deficiencies and ordered him to submit a compliant Complaint and file a supplemental IFP application by September 18. (ECF No. 3.) The Magistrate Judge warned Mr. Williams that failure to comply with the Order would result in dismissal of his case. (*Id.*)

When Mr. Williams failed to file a Complaint or submit a properly-supported IFP application by the deadline, the Magistrate Judge ordered him to show cause by October 7 as to why the Court should not dismiss his case for failure to prosecute, unless he filed a Complaint and either paid the filing fee or filed a complete IFP

application in the interim. (ECF No. 4.) Mr. Williams was again cautioned that failure to comply would result in dismissal of his case for failure to prosecute. (*Id.*)

With no response or action taken by Mr. Williams by the show-cause deadline, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that his case be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute. (R&R, ECF No. 5.)

Mr. Williams was advised of the right to file objections to the R&R and the consequences of failing to do so. (*Id.*, PAGEID ## 17–18.) The time for filing objections has passed, and no objections have been filed. And, to date, Mr. Williams has not corrected his Complaint or IFP application, nor has he responded to any of the Court's Orders.

A district court has inherent authority to dismiss a plaintiff's action for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b). Mr. Williams has failed to comply with two Court Orders despite notice of the consequences for doing so. Thus, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 5). This action is **DISMISSED** for lack of prosecution and failure to comply with a Court Order. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**